STATE OF NEW JERSEY AND BOARD OF PUBLIC UTILITY COMMISSIONERS, PLAINTIFFS-APPELLANTS, v. CITY OF NEWARK, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued January 11, 1966—Decided January 18, 1966.

Before Judges GOLDMANN, FOLEY and COLLESTER.

*Mr. Joseph A. Hoffman,* Deputy Attorney General, argued the cause for appellants (*Mr. Arthur J. Sills,* Attorney General, attorney).

*Mr. William H. Walls* argued the cause for respondent (*Mr. Norman N. Schiff,* Corporation Counsel, attorney; *Mr. Joseph A. Ward,* on the brief).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of Judge Crane in the Law Division, reported at 87 *N. J. Super.* 38 (*Law Div.* 1965).